IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **KAMIL DAON SAVAGE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 5:23-CV-00058-RWS-JBB |
| | § | JUDGE SCHROEDER |
| **DETROIT INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** | § | JURY |
| | § | |
| **Defendant.** | § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Kamil Daon Savage and Defendant Detroit Independent School District file this their Joint Motion to Dismiss with Prejudice in the matter entitled and numbered above, and would respectfully show unto the Court as follows:

1. Plaintiff and Detroit Independent School District have completely compromised and settled all claims and matters in controversy between them.

2. Plaintiff and Defendant therefore move for a dismissal of this lawsuit with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Kamil Daon Savage and Defendant Detroit Independent School District pray that the Court grant their Joint Motion to Dismiss with Prejudice in all respects.

Respectfully submitted,

By: __/s/ by permission V. Jay Youngblood
Brandon S. Shelby
State Bar No. 24046829
BShelby@ShelbyLawPLLC.com

**SHELBY LAW, PLLC**
P.O. Box 1316
Sherman, Texas 75091
Telephone:   (903) 357-5101
Facsimile:    (903) 357-5102

**ATTORNEYS FOR PLAINTIFF**
**KAMIL DAON SAVAGE**

By: _____
V. Jay Youngblood
State Bar No. 22220200
jyoungblood@plg-law.com

**POWELL LAW GROUP, L.L.P.**
3200 Troup Hwy., Suite 320
Tyler, Texas 75701
Telephone:   (903) 526-6618
Facsimile:    (903) 526-5766

**ATTORNEYS FOR DEFENDANT**
**DETROIT INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing JOINT MOTION TO DISMISS WITH PREJUDICE was electronically filed with the Clerk of Court by permission of Plaintiff's counsel and served by email on Plaintiff and Plaintiff's attorney on this 20th day of December, 2023:

*BShelby@ShelbyLawPLLC.com*
Brandon S. Shelby
SHELBY LAW, PLLC
P.O. Box 1316
Sherman, Texas 75091
*Attorney for Plaintiff*

_____
V. Jay Youngblood