IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| KAMIL DAON SAVAGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:23-CV-00058-RWS-JBB |
| | § | JUDGE SCHROEDER |
| DETROIT INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | JURY |
| | § | |
| Defendant. | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is the Joint Motion of to Dismiss with Prejudice by all parties. Docket No. 39. In the joint motion, the parties stipulate that "all claims and causes of action of each said Party be dismissed with prejudice" and "all costs of Court are taxed against the party incurring same." *Id*. The Court, having reviewed the joint motion, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the stipulated dismissal is accepted by the Court and all claims and causes of action that have been or could have been asserted in the above-captioned case are **DISMISSED WITH PREJUDICE**. Costs of Court are taxed against the party incurring same. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 2nd day of January, 2024.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE